UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONEIBYS ALCANTARA GUERRERO )
        Plaintiff(s), )
)
v. )        Civil Action No. 26-10928-JEK
)
)
DAVID WESLING, ANTONE MONIZ, TODD )
LYONS, and KRISTI NOEM )
        Defendant(s). )

## **JUDGMENT**

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Memorandum & Order dated April 6, 2026, [ECF 16], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Doneibys Alcantara Guerrero.

Dated: April 17, 2026

/s/ Haley Currie

Deputy Clerk